250 F.2d 584
 Horace COX, Plaintiff-Appellant,
v.
GIACOMO COSTA SU ANDREA S.A. and J. H. Winchester Company,
Defendants.
Pokorny, Schrenzel & Pokorny, Appellees.
 No. 154, Docket 24808.
 United States Court of Appeals Second Circuit.
 Argued Jan. 16, 1958.
Decided Jan. 16, 1958.
 
 Appeal from the United States District Court for the Eastern District of New York; Robert A. Inch, Judge.
 Lebovici & Safir, New York City (Harold D. Safir, New York City, of counsel), for plaintiff-appellant.
 Pokorny, Schrenzel & Pokorny, Brooklyn, N.Y. (Ralph Stout and Charles Pokorny, Brooklyn, N.Y., of counsel, for appellees.
 Before MEDINA and MOORE, Circuit Judges, and GALSTON, District Judge.
 PER CURIAM.
 
 
 1
 Order reversed in open court and action remanded for a hearing for the purpose of determining the disputed facts and making an assessment as to the proper fee.